Form ntcreinsmtg13

211 West Fort Street  
Detroit, MI 48226

**UNITED STATES BANKRUPTCY COURT**  
Eastern District of Michigan

Case No.: **22−41645−mlo**  
Chapter: 13

In Re: (NAME OF DEBTOR(S))  
    Tamala S Swanson  
    11368 Chatham  
    Detroit, MI 48239

Social Security No.:  
    xxx−xx−7408

Employer's Tax I.D. No.:

## NOTICE OF RESCHEDULED MEETING OF CREDITORS AND CONFIRMATION HEARING

To the Creditors of the above named Debtor(s)

NOTICE IS HEREBY GIVEN that an Order of Reinstatement was entered on **03/28/22** .

The meeting of creditors has been rescheduled to **May 4, 2022** at **01:00 PM** to be held remotely. See the trustee's website (http://www.det13.com) for details.

The hearing on the confirmation of the plan has been rescheduled to **June 13, 2022** at **09:00 AM** to be held at **Courtroom 1875, 211 West Fort St., Detroit, MI 48226** .

The deadline to file a complaint objecting to the dischargeability of a debt has not changed.

The deadline to file a proof of claim has not changed.

Dated: 3/28/22

                                  BY THE COURT

                                  Todd M. Stickle , Clerk of Court  
                                  UNITED STATES BANKRUPTCY COURT