UNITED STATES BANKRUPTY COURT

FOR THE EATERN DISTRICT OF MICHIGAN

SOUTHERN DIVISON

CASE NO. 22-41645-MLO

CHAPTER 13

HON. MARIA L. OXHOLM

IN RE

TAMALA S SWANSON, DEBTOR

TAMALA SWANSON RESPONSE AND OBJECTION TO OBJECTION TO CONFIRMATION BY U OF M CREDIT UNION

I, Tamala S Swanson, state the following in objection to the filing by the credit union:

1. I disagree with this statement because until the meeting of creditors, I wasn't aware that the credit union was not in possession of the vehicle. As I stated to the attorney for the credit union, I was under the impression that it had been repoed and sold.
2. My filed plan is feasible under the bankruptcy law
3. As stated, there are issues with the dispute amount with the IRS and the tax returns are currently being prepared.
4. The filing was filed in good faith based on the garnishment that the credit union filed against me that I had no knowledge of, no contact by the credit union in years and my job has not changed where the credit union was able to reach me.

    I respectfully request this court to deny this motion because the credit union has not provided any legitimate reasons not to allow my filing to move forward with confirmation

Dated:  May 20, 2022                    /s/ Tamala S Swanson
                                        11368 Chatham
                                        Detroit, MI 48239

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

IN RE: Tamala S Swanson

CASE NO: 22-41645-mlo
CHAPTER: 13

Debtor.
_____/

### CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2022 (date of mailing), I served copies as follows:

1. Document(s) served:

   Tamala Swanson Response and Objection to Objection to Confirmation by U of M Credit Union

2. Served upon [name and address of each person served]:

   Thomas Leduc
   Attorney for Creditor
   P.O. Box 2191
   Royal Oak, MI 48068

3. By First Class Mail.

Dated: May 20, 2022

/s/ Tamala S Swanson
(Signature)

Print Name: Tamala S Swanson